Case No.  **CV 17-02399 SVW (AFM)**                                   Date:  October 4, 2017

Title    **Chaz Jamar MacFalling v. D. Nettleton, et al.**

Present: The Honorable:    ALEXANDER F. MacKINNON, U.S. Magistrate Judge

| Ilene Bernal | N/A |
|---|---|
| Deputy Clerk | Court Reporter / Recorder |

| Attorneys Present for Plaintiff: | Attorneys Present for Defendants: |
|---|---|
| N/A | N/A |

**Proceedings (In Chambers):  Order to Show Cause**

　　　On August 15, 2017, the Court dismissed plaintiff Complaint with leave to amend.  Plaintiff was ordered to file a First Amended Complaint remedying the deficiencies noted within 30 days of the order if he wished to pursue this action.  Plaintiff was admonished that he if failed to file a First Amended Complaint within 30 days, the Court would recommend that the action be dismissed for failure to diligently prosecute.  As of the date of this order, a First Amended Complaint has not been filed.

　　　Plaintiff shall show cause on or before **October 17, 2017**, why this action should not be dismissed due to plaintiff's failure to prosecute.  The filing of a First Amended Complaint on or before **October 17, 2017** shall discharge the order to show cause.  **Plaintiff is hereby cautioned that failing to comply with this Order and/or to show cause will result in the recommendation that this action be dismissed for failure to prosecute.**

　　　IT IS SO ORDERED.

|  | : |
|---|---|
| **Initials of Preparer** | ib |