# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHAZ JAMAR MacFALLING,<br><br>Plaintiff,<br><br>v.<br><br>D. NETTLETON, et al.,<br><br>Defendants. | Case No. CV 17-02399 SVW (AFM)<br><br>**ORDER ACCEPTING FINDINGS AND RECOMMENDATIONS OF UNITED STATES MAGISTRATE JUDGE** |

Pursuant to 28 U.S.C. § 636, the Court has reviewed the Report and Recommendation of United States Magistrate Judge. No objections to the Report have been filed herein. The Court accepts the findings and recommendations of the Magistrate Judge.

IT THEREFORE IS ORDERED that (1) the Report and Recommendation of the Magistrate Judge is accepted and adopted; and (2) Judgment shall be entered dismissing this action without prejudice.

DATED: December 7, 2017

_____
STEPHEN V. WILSON
UNITED STATES DISTRICT JUDGE