# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHAZ JAMAR MacFALLING,<br><br>Plaintiff,<br><br>v.<br><br>D. NETTLETON, et al.,<br><br>Defendants. | Case No. CV 17-02399 SVW (AFM)<br><br>**JUDGMENT** |

Pursuant to the Court's Order Accepting the Report and Recommendation of United States Magistrate Judge,

IT IS ORDERED AND ADJUDGED that the action is dismissed without prejudice.

DATED: December 7, 2017

_____
STEPHEN V. WILSON
UNITED STATES DISTRICT JUDGE